**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LOCAL 513, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, et al., | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) No. 4:08CV01851 ERW ) |
| MISSOURI PIPING, INC., | ) ) |
| Defendant(s). | ) |

### ORDER OF HEARING

This matter comes before the Court on Plaintiffs' Motion for Default Judgment [doc. #6] as to Defendant Missouri Piping, Inc. Entry of Default was issued by the Clerk of Court on January 6, 2009 [doc. #5]. A Default Hearing will be held on February 5, 2009, for the purpose of granting Plaintiffs' Motion.

**IT IS HEREBY ORDERED** that Plaintiffs' counsel and Alan J. Stephens as Registered Agent or a legal representative for Missouri Piping, Inc., shall appear before this Court for a Default Hearing on **February 5, 2009**, at **9:00 a.m.** This hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri. Defendant is put on notice that judgment will likely be entered at that time against said Defendant.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to Alan J. Stephens, Registered Agent, 370 Brown Road, St. Peters, Missouri 63376.

So Ordered this 8th day of January, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE