UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 513, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, RICHARD D. DICKENS, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MISSOURI PIPING, INC., )<br><br>Defendants. ) | Cause No. 4:08-cv-01851 (ERW) |

## AMENDED DEFAULT JUDGMENT

Plaintiffs' Motion For Amended Default Judgment is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall be awarded the following relief:

1. $71,674.43, representing delinquent contributions;

2. $14,334.88, representing Liquidated Damages;

3. $4,294.55, representing Interest,

For a total of $90,303.86.

IT IS FURTHER ORDERED that Plaintiffs are awarded $11,848.00, representing attorneys' fees and costs.

IT IS FURTHER ORDERED that Judgment is entered for Plaintiffs and against Defendant, Missouri Piping, in the amount of $102,151.86.

IT IS SO ORDERED.

E. Richard Webber
United States District Judge

August 3, 2009

F:\Users\JRK\Local 513\Missouri Piping\Damages Hearing II\Amended Default\Default Judgment.wpd